1  STUART D. TOCHNER, CA Bar No. 123758
   stuart.tochner@ogletree.com
2  JENNIFER L. KATZ, CA Bar No. 258917
   jennifer.katz@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
5  Telephone: 213.239.9800 | Facsimile: 213.239.9045

6  Attorneys for Defendants
   TOUCHPOINT 360, LLC
7  and E.A. LANGENFELD ASSOCS., LTD.

8  Edmond S. Moreland, Jr. *(admitted pro hac vice)*
   edmond@morelandlaw.com
9  Moreland Verrett, P.C.
   700 West Summit Drive
10 Wimberley, TX 78676
   phone: 512.782.0567 | fax: 512.782.0605
11
   Matthew S. Parmet (CSB # 296742)
12 matt@parmet.law
   PARMET PC
13 340 S. Lemon Ave., #1228
   Walnut, CA 91789
14 phone: 713.999.5228 | fax: 713.999.1187

15 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA A. IGLESIAS and ABBY HOPE CANALES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOUCHPOINT 360, LLC, a foreign limited liability company; and E.A. LANGENFELD ASSOCS., LTD., a foreign corporation,<br><br>Defendants. | Case No. 2:19-cv-05396-PSG-AFM<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>District Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A<br><br>Complaint Filed: June 20, 2019<br>FAC Filed: Sept. 4, 2019<br>SAC Filed: Dec. 9, 2019<br>Trial Date: July 13, 2021 |

1    Plaintiffs Maria A. Iglesias and Abby Hope Canales (together, "Plaintiffs") and defendants TouchPoint 360, LLC and E.A. Langenfeld Assocs., Ltd. (together, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Joint Notice of Settlement.  The Parties have agreed to resolve the claims of Plaintiffs and opt-in plaintiff Robert Graycloud in their entirety on an individual basis through the execution of general releases and dismissal of all claims.  In connection with their agreement to resolve the matter, the Parties have agreed that the putative class, collective, and representative actions will be dismissed.  The Parties are in the process of finalizing the terms of their agreements, and anticipate that such agreements will be finalized and fully executed within the next thirty (30) days.  The Parties therefore respectfully request that the trial date and all pretrial dates be vacated.

DATED:  June 16, 2021         MORELAND VERRETT, P.C.

                              PARMET PC


                              By:  /s/ Edmond S. Moreland, Jr.
                                   Edmond S. Moreland, Jr.
                                   Matthew S. Parmet

                              Attorneys for Plaintiffs

DATED:  June 16, 2021         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                              By:  /s/ Jennifer L. Katz
                                   Stuart D. Tochner
                                   Jennifer L. Katz

                              Attorneys for Defendants
                              TOUCHPOINT 360, LLC
                              and E.A. LANGENFELD ASSOCS., LTD.

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jennifer L. Katz, do attest that all
2  signatories listed, and on whose behalf the filing is submitted, concur in the filing's
3  content and have authorized the filing.
4
5  Dated:        June 16, 2021              By:  /s/ Jennifer L. Katz