STUART D. TOCHNER, CA Bar No. 123758
stuart.tochner@ogletree.com
JENNIFER L. KATZ, CA Bar No. 258917
jennifer.katz@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800 | Facsimile: 213.239.9045

Attorneys for Defendants
TOUCHPOINT 360, LLC
and E.A. LANGENFELD ASSOCS., LTD.

Edmond S. Moreland, Jr. *(admitted pro hac vice)*
edmond@morelandlaw.com
Moreland Verrett, P.C.
700 West Summit Drive
Wimberley, TX 78676
phone: 512.782.0567 | fax: 512.782.0605

Matthew S. Parmet (CSB # 296742)
matt@parmet.law
PARMET PC
340 S. Lemon Ave., #1228
Walnut, CA 91789
phone: 713.999.5228 | fax: 713.999.1187

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
6/25/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 53

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. IGLESIAS and ABBY HOPE CANALES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOUCHPOINT 360, LLC, a foreign limited liability company; and E.A. LANGENFELD ASSOCS., LTD., a foreign corporation,<br><br>Defendants. | Case No. 2:19-cv-05396-PSG-AFM<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** ; ORDER<br><br>District Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A<br><br>Complaint Filed: June 20, 2019<br>FAC Filed: Sept. 4, 2019<br>SAC Filed: Dec. 9, 2019<br>Trial Date: July 13, 2021 |

Case No. 2:19-cv-05396-PSG-AFM
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

1. IT IS HEREBY STIPULATED by and between plaintiffs Maria A. Iglesias, Abby Hope Canales, and Robert Graycloud (together, "Plaintiffs"), by and through their counsel of record, Edmond S. Moreland, Jr. of Moreland Verrett, P.C. and Matthew S. Parmet of Parmet PC, and defendants Touchpoint 360, LLC and E.A. Langenfeld Assocs., Ltd. (together, "Defendants"), by and through their counsel of record, Stuart D. Tochner and Jennifer L. Katz of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as follows:

    1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss the above-referenced lawsuit against Defendants in its entirety, with all of Plaintiffs' individual, collective, putative class, and representative claims being DISMISSED WITH PREJUDICE.

    2.    Each side shall bear its own costs and attorneys' fees.

    3.    Counsel for Defendants has authorized the filing of this Stipulation with the use of his/her electronic signature hereon (L.R. 5-4.3.4(a)(2)(i)).

IT IS SO STIPULATED.

DATED: June 25, 2021

MORELAND VERRETT, P.C.

PARMET PC

By: /s/ Edmond S. Moreland, Jr.
Edmond S. Moreland, Jr.
Matthew S. Parmet

Attorneys for Plaintiffs

DATED: June 25, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Jennifer L. Katz
Stuart D. Tochner
Jennifer L. Katz

Attorneys for Defendants
TOUCHPOINT 360, LLC
and E.A. LANGENFELD ASSOCS., LTD.

---

**IT IS SO ORDERED.**

DATED: 6/25/21

U.S. DISTRICT JUDGE